# PROOF OF SERVICE

## Johnson v. Montpelier One LLC

CASE #:5:19-CV-06214-SVK

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

   On October 8, 2019 I served the following document(s):
- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

Addressed to:
No one yet to appear

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☐ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 8, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                                         _____
                                                                          Shabna Adnan

PROOF OF SERVICE