John T. Nguyen (SBN: 282866)
**Law Office of John T. Nguyen**
1625 The Alameda, Suite 800
San Jose, CA 95126
Telephone: (408) 800-5646
Facsimile: (408) 800-5643
Email: john@johnnguyenlaw.com

Attorney for Defendant,
Montpelier One LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, <br><br> Plaintiff, <br><br> v. <br><br> Montpelier One LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants | Case No.: 5:19-cv-06214-SVK <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)** <br><br> Date:  June 4, 2020 <br> Time:  9:00 a.m. <br> Room:  2112 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on June 4, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 2112 of the above-entitled court, located at San Jose Courthouse, 280 S. 1st Street, San Jose CA 95113, Defendant Montpelier One LLC ("Defendant") hereby moves the Court for an Order dismissing the Complaint for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1).

This motion is also brought on the grounds that Plaintiff Scott Johnson ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint. This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the

Declaration of Steve Moncur, the Declaration of Ngoc Nguyen, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, Defendant respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

                                                       Respectfully Submitted,

Dated: March 25, 2020                        /s/ John T. Nguyen
                                                      John T. Nguyen, Esq.
                                                       Attorney for Defendant
                                                       Montpelier One LLC