CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>       Plaintiff,<br><br>    v.<br><br>**Montpelier One LLC,** a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case No**.**: 5:19-cv-06214-EJD<br><br>**Joint Stipulation to Allow Mediation to Occur via Teleconference**<br><br>Honorable Edward J. Davila |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE, AS FOLLOWS:

1. WHEREAS, the parties have set a mediation date of April 21, 2020;

2. WHEREAS, local rules presently requiring in-person attendance at ADR events;

3. WHEREAS, the state of California and several counties have declared public health emergencies related to the emergence of COVID-19;

4. WHEREAS, on March 19, 2020, Gov. Gavin Newsom has ordered all Californians to stay at home until further notice;

5. WHEREAS, the parties have agreed with the consent of the mediator to conduct this event remotely to protect against the spread of disease;

6. Pursuant to ADR Local Rule 5-10(d), the parties make the following representations:

   a. The public health risks detailed in 3-7 above justify relief.
   b. The individuals to be excused from personal attendance are:
      i. Plaintiff's Counsel: Prathima R. Price Esq.
      ii. Plaintiff: Scott Johnson
      iii. Defendant's Counsel: John T. Nguyen, Esq.
      iv. Defendant: Montpelier Once LLC
   c. The parties seek approval for all parties to attend remotely, given the public health risks associated with travel to the location and attendance in person.
   d. Individuals with decision making authority will be involved in the process.
   e. The parties and mediator consent to this request.

7. THEREFORE, it is hereby stipulated that the ADR proceeding in this matter be allowed to be conducted via teleconference to allow efficient resolution of the claim without unnecessary risks to public health.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: April 2, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | |
| 4 | | By: */s/Prathima Reddy Price* |
| 5 | | Prathima Reddy Price, Esq. |
| | | Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: April 2, 2020 | LAW OFFICE of JOHN T. NGUYEN |
| 8 | | |
| 9 | | |
| 10 | | By: */s/John T. Nguyen* |
| 11 | | John T. Nguyen, Esq. |
| | | Attorney for Defendant |

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2020                    CENTER FOR DISABILITY ACCESS

                                        By: */s/Prathima Reddy Price*
                                            Prathima Reddy Price, Esq.
                                            Attorneys for Plaintiff