UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br> v.<br><br>MONTPELIER ONE LLC,<br><br>  Defendant. | Case No.  5:19-cv-06214-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 21 |

On March 25, 2020, Defendant in the above-entitled matter filed a motion to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Dkt. No. 21 (the "Motion"). Plaintiff's deadline to respond to the Motion was April 8, 2020. As of the date of this order, Plaintiff has not filed a response.

The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed pursuant to the Motion or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. If Plaintiff fails to file a written response to this order to show cause or to the Motion by June 1, 2020, the case shall be dismissed for failure to prosecute.

If Plaintiff files an opposition to the Motion, Defendant may file a reply no later than June 8, 2020. The hearing on the Motion set for June 4, 2020 is tentatively rescheduled to June 25, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 21, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-06214-EJD
ORDER TO SHOW CAUSE