UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MONTPELIER ONE LLC,<br><br>        Defendant. | Case No. 19-cv-06214-EJD<br><br>**JUDGMENT** |

On June 28, 2020, the Court entered an order dismissing Plaintiff's ADA claim (Count 1) as moot. Dkt. No. 30. Accordingly, the Court hereby enters judgment in favor of Defendant as to Plaintiff's ADA claim.

In the same order, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim (Count 2) and dismissed that claim without prejudice to refiling in state court. *Id.* at 6.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 30, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 19-cv-06214-EJD
<< ORDER TYPE >>

1